STATE v. JOHNSON

No. 583P01

Case below: 146 N.C. App. 111

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 December 2001. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 18 December 2001.

STATE v. MESSER

No. 405A01

Case below: 145 N.C. App. 43

Temporary stay dissolved 18 December 2001. Petition by Attorney General for writ of supersedeas dismissed as moot 18 December 2001.

STATE v. PATTERSON

No. 597P01

Case below: 146 N.C. App. 113

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 December 2001.

STATE v. PEARSON

No. 541A01

Case below: 145 N.C. App. 506

Motion by defendant pro se for temporary stay denied 30 November 2001.

STATE v. RASHEED

No. 608P01

Case below: 146 N.C. App. 308

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 18 December 2001.